UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSEPH JOHNSON COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:17-cv-1714-CLS-GMB |
| | ) |
| WARDEN PATRICK, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on August 13, 2019, recommending that defendants' motions for summary judgment be granted and this action be dismissed with prejudice. (Doc. no. 65). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court from either the plaintiff or any of the defendants.

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the Magistrate Judge's report and recommendation, the report is hereby ADOPTED, and the recommendation is ACCEPTED. Accordingly, the court finds that no genuine issues of material fact exist, and defendants' motions for summary judgment are due to be granted. The court will enter a separate Final Judgment.

**DONE** this 26th day of September, 2019.

_____
United States District Judge