# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH JOHNSON COLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case no. 5:17-cv-1714-CLS-GMB** |
| | ) | |
| **WARDEN PATRICK, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith, and, with Federal Rule of Civil Procedure 58, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that defendants' motions for summary judgment be, and the same hereby are, **GRANTED**, and plaintiff's claims in this action are **DISMISSED** with prejudice. Costs are taxed to plaintiff, and the Clerk is directed to close this file.

For information regarding the cost of appeal, see the attached notice.

**DONE AND ORDERED** this 26th day of September, 2019.

_____
United States District Judge

1

John Ley
  Clerk

In Replying Give Number
Of Case and Names of Parties

## NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

————————————

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1)     Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

(2)     arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

John Ley
Clerk

PLRA Notice